NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                                 Criminal Number   21-mj-533-ZMF-1

<u>SAMUEL LAZAR</u>
           (Defendant)


TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David Benowitz Bar No. 451557
*(Attorney & Bar ID Number)*
Price Benowitz LLP
*(Firm Name)*
409 7th St NW, Suite 200
*(Street Address)*
Washington, DC         20004
*(City)           (State)       (Zip)*
(202) 417-6000
*(Telephone Number)*