NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.   Criminal Number  21-mj-533-ZMF-1

**SAMUEL LAZAR**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA   ☒ RETAINED   ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David Benowitz Bar No. 451557
*(Attorney & Bar ID Number)*

Price Benowitz LLP
*(Firm Name)*

409 7th St NW, Suite 200
*(Street Address)*

Washington, DC       20004
*(City)        (State)        (Zip)*

(202) 417-6000
*(Telephone Number)*