**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-mj-533 |
| | : | Magistrate Judge Robin M. Meriweather |
| **SAMUEL LAZAR,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT**
**TO LOCAL CRIMINAL RULE 49**

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and all counsel in relation to Government's Oral Motion for Pretrial Detention. The exhibits are as follows:

1. Government Exhibit 1 was provided to the Court and opposing counsel via USAfx on August 5, 2021. Government Exhibit 1 is a clip from the body-worn camera of Metropolitan Police Department (MPD) officer M.C. and is approximately five minutes in length, though the government respectfully submits only the first one minute and twenty seconds is relevant for this hearing. The events depicted in Exhibit 1 occurred at approximately 1:13 p.m. on January 6, 2021.

2. Government Exhibit 2 was provided to the Court and opposing counsel via USAfx on August 5, 2021. Government Exhibit 2 is a video recorded by the FBI from YouTube and is approximately two minutes in length. The events depicted in Exhibit 2 occurred at approximately 4:30 p.m. on January 6, 2021.

          Respectfully submitted,

          CHANNING D. PHILLIPS
          Acting United States Attorney
          DC Bar No. 415793

          *s/ Douglas G. Collyer*
          Douglas G. Collyer
          Assistant United States Attorney
          District of Columbia Detailee
          NDNY Bar No.: 519096
          U.S. Attorney's Office
          14 Durkee Street, Suite 340
          Plattsburgh, New York
          12901
          (518) 314-7800
          Douglas.Collyer@usdoj.gov

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused the parties or counsel of record to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on August 6, 2021

*s/ Douglas G. Collyer*
Douglas G. Collyer
Assistant United States Attorney