From: **Sherrie Anderson** <███████████████████>
Date: Thu, Aug 5, 2021, 22:52
Subject: Character statement for Sam
To: ███████████████████████████████████>

Hello, my name is Sherrie Anderson.

I have been a neighbor to Sam on two different occasions. He has been nothing but an outstanding neighbor/friend. He always has a smile and nothing but positive thoughts every chance I see him. He is a very caring and spiritual being. He has been an ear to listen and a heart to care. We discuss how beautiful his plants are and how he makes the whole building look like a home not just a place to live and takes pride in having the most appealing balcony. Sam takes pride in his flowers and vegetable garden.  Always making the best salads from the tomatoes and peppers he grows. I've had the pleasure of being around him and his children and saw how he cares and loves them unconditionally.  Sam is one of the kindest and caring people I  have in my life. He always has a positive outlook on whatever comes his way. Sam  has helped me become a better person and always being  positive.  Through him I have learned how important love and faith is in our lives. A true friend and always there for me.

Signed by
Sherrie Anderson
717-381-5895