| | | UNITED STATES OF AMERICA | | | |
|---|---|---|---|---|---|
| Government | ✓ | VS. | | Civil/Criminal No. | 21-533M-01 |
| Plaintiff | ☐ | SAMUEL LAZAR | | | |
| Defendant | ☐ | | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Body-worn camera video clip from Metropolitan Police officer | 8/11/21 | 8/11/21 | | |
| 2 | U-Tube video clip in which Defendant is interviewed | " | " | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |