UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 11, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-533 |
| | : | |
| SAMUEL LAZAR, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 111(a)(1) and (b) |
| Defendant. | : | (Assaulting, Resisting or Impeding Certain |
| | : | Officers Using a Dangerous Weapon) |
| | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| | : | 18 U.S.C. § 1752(a)(1) and (b)(1)(A) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(4) and (b)(1)(A) |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds Using a |
| | : | Deadly or Dangerous Weapon) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **SAMUEL LAZAR**, using a deadly or dangerous weapon, that is, a lachrymatory agent, did forcibly assault, resist, oppose, impede, intimidate and interfere with an officer and employee of the United States and of any branch of the United States Government, and any person assisting such an officer and employee, that is, M.C., an officer of the Metropolitan Police Department and S.L., an officer of the United States Capitol Police, while such officers and employees were engaged in and on account of the

performance of official duties and where the acts in violation of this section involve the intent to commit another felony.

**(Assaulting, Resisting or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Section 111(a)(1) and (b))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **SAMUEL LAZAR** committed and attempted to commit an act to obstruct, impede and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed and adversely affected the conduct and performance of a federally protected function.

**(Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **SAMUEL LAZAR** did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so, and during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a lachrymatory agent.

**(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **SAMUEL LAZAR** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off and otherwise restricted area within the

United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, and during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a lachrymatory agent.

>(**Engaging in Physical Violence in a Restricted Building or Grounds Using a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **SAMUEL LAZAR** willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

>(**Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:


FOREPERSON.


*Channing D. Phillips/ATF*
Attorney of the United States in
and for the District of Columbia.