NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.  Criminal Number  1:21-cr-00525-ABJ

Samuel Lazar
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Matthew Wilson  (Bar No. 155875)
*(Attorney & Bar ID Number)*

Price Benowitz LLP
*(Firm Name)*

409 7th St. NW, Suite 200
*(Street Address)*

Washington, DC 20004
*(City)      (State)      (Zip)*

202-997-0898
*(Telephone Number)*