NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.    Criminal Number  1:21-cr-00525-ABJ

Samuel Lazar
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA       ■ RETAINED       ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Rammy Barbari (Bar No. 1032106)
*(Attorney & Bar ID Number)*

Price Benowitz LLP
*(Firm Name)*

409 7th St. NW, Suite 200
*(Street Address)*

Washington, DC 20004
*(City)      (State)      (Zip)*

202-870-0139
*(Telephone Number)*