UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO.   21-cr-525 (ABJ) |
| : | |
| SAMUEL LAZAR, : | |
|        Defendant : | |
| : | |

## ORDER

On August 11, 2021, the undersigned magistrate judge issued an Order staying the transport of Defendant Samuel Lazar ("Mr. Lazar"), to ensure his appearance at future hearings necessary to resolve the United States' motion to detain Mr. Lazar pending trial. *See* Order, ECF No. 13.  That Order directed the United States Marshals Service not to transport Mr. Lazar to Washington, D.C. until and unless the Court issued an order permitting his transport.  The detention hearing has since been completed, and the Court determined that Mr. Lazar should be held without bond pending trial.  *See* Min. Entry (Aug. 31, 2021).  On September 16, 2021, the undersigned granted the United States' motion to transport Mr. Lazar to Washington D.C. , and denied without prejudice the defense motion to further stay his transport pending any potential appeal.  *See* Min. Order (Sept. 16, 2021). To afford the defense an opportunity to present a motion seeking a further stay of transport to the presiding district judge before Mr. Lazar is transported, the undersigned stayed the effect of that ruling until September 23, 2021.  No appeal has been entered on the docket, and the defense has not filed a motion seeking a further stay of transport.

For the reasons discussed above and in the September 16, 2021 Minute Order, it is hereby ORDERED that the August 11, 2021 Order staying Mr. Lazar's transport to Washington, D.C. is

VACATED.  The United States Marshals Service may transport Mr. Lazar to Washington, D.C. or another appropriate detention facility in the area.

      SO ORDERED.

                                                                                         _____

                                                                                 Robin M. Meriweather
                                                                                 United States Magistrate Judge