## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | Criminal No. 1:21-cr-525-ABJ-1 |
| ) | |
| **SAMUEL LAZAR** ) | |
|     **Defendant.** ) | |

### ORDER

Upon consideration of the Defendant's Motion for Reconsideration of Pretrial Detention and Request to Stay Defendant's Transport to the District of Columbia and the Government's response, the Court hereby

**ORDERS**, that Defendant's Motion is **GRANTED**, and it is

**FURTHER ORDERED,** that Mr. Lazar shall be released on the following conditions: _____, and it is

**FURTHER ORDERED**, that Mr. Lazar's transport to the District of Columbia is **STAYED** until the resolution of the defendant's Motion.

_____            _____
**DATE**                                                **AMY BERMAN JACKSON**
                                                        **United States District Judge**