21-cr-525

| Government ☑ | | | | | |
|---|---|---|---|---|---|
| Plaintiff ☐ | UNITED STATES | | | Civil/Criminal No. 21-cr-525 | |
| Defendant ☐ | vs. | | | | |
| Joint ☐ | SAMUEL LAZAR | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 3 | VIDEO FROM FIGURE 5 | 10/12/21 | 10/12/21 | | |
| Defense Exhibit Hotz 1 | VIDEO | 10/12/21 | 10/12/21 | FILED OCT 12 2021 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia | |
| 4 | VIDEO FROM FIGURE 9 | 10/12/21 | 10/12/21 | | |

FILED OCT 12 2021 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia