**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 21-cr-525 (ABJ)** |
| **v.** | **:** | |
| | **:** | |
| **SAMUEL LAZAR,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF FILING**

For the purpose of illustrating the government's consistent and diligent efforts to produce

voluminous discovery materials arising out of the breach of the United States Capitol on January

6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts

of the Capitol Breach Discovery Team on a regular basis since July 2021.  We request that those

memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A);

2. Memorandum Regarding Status of Discovery as of August 23, 2021; and

3. Memorandum Regarding Status of Discovery as of September 14, 2021.

                    Respectfully submitted,
                    CHANNING D. PHILLIPS
                    Acting United States Attorney
                    DC Bar No. 415793

By:      /s/ *Emily A. Miller*
     EMILY A. MILLER
     Capitol Breach Discovery Coordinator
     DC Bar No. 462077
     555 Fourth Street, N.W., Room 5826
     Washington, DC 20530
     Emily.Miller2@usdoj.gov
     (202) 252-6988

By:      */s/ Douglas G. Collyer*
     DOUGLAS G. COLLYER
     Assistant United States Attorney
     Detailee
     NDNY Bar No. 519096
     United States Attorney's Office
     14 Durkee Street, Suite 340
     Plattsburgh, NY 12901
     Douglas.Collyer@usdoj.gov