# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Crim. Action No. 21-0525 (ABJ) |
| SAMUEL LAZAR, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the written transcripts of today's hearing and the hearing held on October 12, 2021, Defendant's Motion for Reconsideration of Pretrial Detention [Dkt. # 27] was **DENIED**. It is **ORDERED** that the United States Marshals Service transport Mr. Lazar to Washington, D.C. or another appropriate detention facility in the area.

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

_Amy B Jackson_

AMY BERMAN JACKSON
United States District Judge

DATE: October 18, 2021