IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 21-00525-ABJ-1 |
| SAMUEL LAZAR | : | |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D.C. App. R. 49 and Local Rule 44.1(c) and (d), Jeff Ifrah, Esquire and Hope C. Lefeber, Esquire, hereby move this Honorable Court for an Order for admission for Hope C. Lefeber to practice *pro hac vice* to appear as counsel for defendant, Samuel Lazar, in the above-captioned action.

Hope C. Lefeber is a member of the bar in good standing of the Commonwealth of Pennsylvania and the State of New York and there are no pending disciplinary proceedings against her in any state or federal court. She has never been convicted of a felony. She has never been censured, suspended, disbarred or denied admission by any court.

Ms. Lefeber has law offices at 1500 JFK Boulevard, Suite 1205; Philadelphia, PA 19102 and 101 Sixth Avenue, 9th Floor, New York, New York, 10013. Her telephone number is 610-668-7927. She has not been admitted *pro hac vice* in this Court within the last two years.

Attached as Exhibit A is a copy of her Submission Record showing that her application for admission *pro hac vice* was filed with the Clerk's Office on November 4, 2021, together with proof of payment, *see* Exhibit B.

The undersigned, Jeff Ifrah, Esquire, a member in good standing of the District of Columbia bar, ID #456661 agrees to sponsor Ms. Lefeber.

WHEREFORE, it is respectfully requested that the instant Motion be granted.

Respectfully,

*/s/*

_____
JEFF IFRAH, ESQUIRE
D.C. Bar #456661
1717 Pennsylvania Avenue, NW,  Suite 650
Washington, D.C.   20006
Ifrahlaw.com
202-524-4142


HOPE C. LEFEBER, LLC

By:

*/s/ Hope C. Lefeber*

_____
HOPE C. LEFEBER, ESQUIRE
PA Bar #31102
1500 JFK Boulevard;  Suite 1205
Philadelphia, PA   19102
hope@hopelefeber.com
610-668-7927

## **CERTIFICATE OF SERVICE**

I certify that a copy of the attached Motion for Admission Pro Hac Vice was served upon the following counsel, by electronic filing, on November 4, 2021:

Douglas Collyer, Esquire
United States Attorney's Office
14 Durkee Street; Suite 340
Plattsburgh, NY   12901

_____
Jeff Ifrah, Esquire