# Submission Record

Your application **Pro Hac Vice** is SUBMITTED.

| | |
|---|---|
| Name: | **Hope Lefeber** |
| Payment Method: | **Credit** |
| Application Fee*: | **$100.00** |
| Submit Date: | **Nov 04 2021 12:38** |
| User Id: | **25736** |
| Application Id: | **41015** |
| Merchant Fee: | **$2.5** |
| Total Amount: | **$102.5** |
| Approval Code: | **20004487** |
| Transaction Id: | **6062** |

*Your application fee is base on the electronic submission date of your application. If you are filing an application subject to a deadline and late filing fees, your final fee will be determined by the postmarked date of the Authorization and Release Form. Failure to file the Authorization and Release Form by the final filing deadline will result in your application not being accepted for the examination period.*