| | |
|---|---|
| From: | noreply@ncr.com |
| To: | Hope C. Lefeber |
| Subject: | Payment Receipt |
| Date: | Thursday, November 04, 2021 12:38:51 PM |

## D.C. Court of Appeals

**Payment Receipt**

## Thank You for Your Payment

Please save this Confirmation Number for your personal records.

**Customer Name**

Hope Lefeber

**Effective Date**

11/4/2021 12:38 PM Eastern Standard Time

**Confirmation Number**

20004487

| Payment Method | Amount |
|---|---:|
| Visa ***** 3953 | $102.50 |
| **Item** | **Payment** |
| Pro Hac | $100.00 |
| **Transaction Fee:** | $2.50 |
| **Total Amount Paid:** | $102.50 |

**Credit Notes**

**Payment Details**

Pro Hac
Hope Lefeber - $100.00

A Transaction Fee has been included in the total amount paid for this transaction.