IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :  Criminal No. 21-00525 |
| SAMUEL LAZAR | : |

### ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of defendant, Samuel Lazar, in the above-captioned matter.

_____
HOPE C. LEFEBER, ESQUIRE

Hope C. Lefeber, LLC
PA Bar No. 31102
Two Penn Center
1500 JFK Boulevard; Suite 1205
Philadelphia, PA   19102
(610) 668-7927

DATED:     November 10, 2021

# CERTIFICATE OF SERVICE

I certify that a copy of the attached Entry of Appearance was served upon the following counsel, by electronic filing, on November 10, 2021:

Douglas Collyer, Esquire
United States Attorney's Office
14 Durkee Street; Suite 340
Plattsburgh, NY   12901


/s/
_____
HOPE C. LEFEBER