**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                       )

**UNITED STATES**                     )
                                       )

    **v.**                                 )        **Crim. No.: 1:21-cr-525-ABJ-1**

                                         )

**SAMUEL LAZAR,**             )
           **Defendant.**     )

_____)

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel respectfully moves this Court for leave to withdraw as counsel in the above matter. In support of this Motion, counsel states the following:

1. Mr. Lazar has retained new counsel who has entered an appearance *pro hac vice* in this matter. (ECF 43).

2. Counsel has notified Mr. Lazar of his intent to withdraw as counsel.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that this Court grant counsel's Motion for leave to withdraw as counsel.

                                                             Respectfully submitted,

                                                             _____/s/_____
                                                             David Benowitz
                                                            Bar # 451557
                                                            *Counsel for Samuel Lazar*
                                                             Price Benowitz LLP
                                                             409 Seventh Street, NW
                                                             Suite 200
                                                            Washington, D.C. 20004
                                                            (202) 271-5249
                                                            David@PriceBenowitz.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 11th day of November 2021, a true and correct copy of the foregoing Motion to Withdraw was electronically served on the parties in this case via the Court's CM/ECF system.

                                                _____/s/_____
                                                David Benowitz