**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____ )
**UNITED STATES**                          )
                                           )
     **v.**         )     **Criminal No. 1:21-cr-525-ABJ-1**
                                           )
**SAMUEL LAZAR**                           )
       **Defendant.** )
                                           )
_____)

## **ORDER**

    Upon consideration of counsel's Motion to Withdraw as Counsel in the above matter, it is

hereby **ORDERED,** that the Motion is **GRANTED.**


_____

**DATE**

                    _____

                    **AMY BERMAN JACKSON**
                    **United States District Judge**