UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | Criminal No. 1:21-cr-525-ABJ-1 |
| ) | |
| **SAMUEL LAZAR** ) | |
| **Defendant.** ) | |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves this Court for leave to withdraw as counsel in the above matter. In support of this Motion, counsel states the following;

1. Mr. Lazar has retained new counsel who has entered an appearance *pro hac vice* in this matter. (ECF 43).

2. Counsel has notified Mr. Lazar of his intent to withdraw as counsel

WHEREFORE, for the foregoing reasons, counsel respectfully requests that this Court grant counsel's Motion for leave to withdraw as counsel.

Respectfully Submitted,

_____/s/_____
Matthew Wilson
D.C. Bar No. 155875
Price Benowitz LLP
409 Seventh Street, NW
Suite 200
Washington, DC 20004
MWilson@pricebenowitz.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of November, 2021, I caused a true and correct copy of the foregoing Motion to Withdraw was electronically served on the parties in this case via the Court's CM/ECF system.

                                                         ____/s/_____
                                                         Matthew Wilson