UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) <br> ) <br> ) |
| v. | )    Criminal No. 1:21-cr-525-ABJ-1 <br> ) |
| **SAMUEL LAZAR** <br>           **Defendant.** | ) <br> ) <br> ) <br> ) |

### ORDER

Upon consideration of counsel's Motion to Withdraw as Counsel in the above matter, it is hereby **ORDERED**, that the Motion is **GRANTED**.

_____                    _____
**DATE**                                                     **AMY BERMAN JACKSON**
                                                                **United States District Judge**