UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 21-cr-525 (ABJ) |
| : | |
| **SAMUEL LAZAR,** : | |
| : | |
| **Defendant.**  : | |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STATUS CONFERENCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Hope Lefeber, counsel for Samuel Lazar ("the defendant"), hereby submit the following Joint Status Report. The parties also respectfully move the Court to continue the Status Conference currently scheduled for March 8, 2022 for a period of approximately 90 days, and to exclude the intervening time under the Speedy Trial Act. In support of the Motion, the parties represent:

1. The defendant is before the Court charged in a Superseding Indictment with: Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of Title 18, United States Code, § 111(a) and (b); Civil Disorder, in violation of Title 18, United States Code, § 231(a)(3); Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of Title 18, United States Code, § 1752(a)(1) and (b)(1)(A); Engaging in Physical Violence in a Restricted Building or Grounds Using a Deadly or Dangerous Weapon, in violation of Title 18, United States Code, § 1752(a)(4) and (b)(1)(A); and Act of Physical Violence int eh Capitol Grounds or Buildings, in violation of Title 40, United States Code, § 5104(e)(2)(D) (ECF No. 50).

2. Defense continues to review the provided discovery.

3. Additionally, the parties continue to negotiate a disposition of the matter short of trial.

4. The parties believe it is in the interest of justice to toll the Speedy Trial Act while defense continues to review discovery and the parties discuss resolving the matter. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv), as well as 18 U.S.C. § 3161(h)(1)(G).

5. Therefore, the parties request the March 8, 2022 Status Conference be continued for approximately 90 days, and that there is an exclusion of time under the Speedy Trial Act from March 8, 2022, through the next scheduled Status Conference.

6. The defendant is in custody.

7. The defendant concurs with this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:     /s/                              /s/

| | |
|---|---|
| Douglas G. Collyer | Hope C. Lefeber |
| Assistant United States Attorney | Counsel for Samuel Lazar |
| Capitol Riot Detailee | Two Penn Center |
| NDNY Bar No.: 519096 | 1500 JFK Boulevard |
| 14 Durkee Street, Suite 340 | Suite 1205 |
| Plattsburgh, NY 12901 | Philadelphia, PA 19102 |
| (518) 314-7800 | (610) 668-7927 |
| Douglas.Collyer@usdoj.gov | hope@hopelefeber.com |