# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SAMUEL LAZAR,<br><br>   Defendant. | Case No: 21-cr-525-ABJ |

## [PROPOSED] ORDER

Upon consideration of the motion by the Press Coalition to unseal, any opposition(s) thereto, and the entire record herein, it is hereby ORDERED that:

1. The Press Coalition's motion for access to those judicial records is GRANTED; and

2. The Clerk, within 5 days of this Order, shall place on the public docket a copy of any sealed or otherwise undocketed judicial records related to Lazar's sentencing, including but not limited to: any plea or change of plea made by Lazar; any sentencing by the Court; the transcript of any sentencing hearing; any memoranda or other filings made in connection with a sentencing hearing; any related motion to seal, response thereto; and any sealing order.

**SO ORDERED.**

_____
HON. AMY BERMAN JACKSON
United States District Judge