# Exhibit A

| Home (/) | About Us (/about/) | Inmates (/inmates/) | Locations (/locations/) | Careers (/jobs/) | Business (/business/) | Resources (/resources/) | Contact Us (/contact/) |
|---|---|---|---|---|---|---|---|

# Find an inmate

Find By Number (index.jsp) | **Find By Name**

**First Name**

Samuel

**Middle Name**

**Last Name**

Lazar

**Race**

**Sex**

**Age**

Search    Clear Form

1 result found.

**(1)** **Name**: SAMUEL LAZAR
**Register Number**: 56948-509
**Age**: 37
**Race**: White
**Sex**: Male
**Release Date**: 09/13/2023
**Located At**: FCI Fort Dix (/locations/institutions/ftd/)

New Search

Our records contain information about federal inmates incarcerated from 1982 to the present.
About the locator & record availability (/inmateloc/about_records.jsp)

**About Us (/about/)**
About Our Agency (/about/agency/)
About Our Facilities (/about/facilities/)
Historical Information (/about/history/)
Statistics (/about/statistics/)

**Inmates (/inmates/)**
Find an Inmate (/inmateloc/)
First Step Act (/inmates/fsa/)
Communications (/inmates/communications/)
Custody & Care (/inmates/custody_and_care/)
Visiting (/inmates/visiting.jsp)
Report a Concern (/inmates/concerns/)

**Locations (/locations/)**
List of our Facilities (/locations/list.jsp)
Map of our Locations (/locations/map.jsp)
Search for a Facility (/locations/search.jsp)

**Careers (/jobs/)**
Life at the BOP (/jobs/life_at_the_bop.jsp)
Explore Opportunities (/jobs/opportunities/)
Current Openings (https://www.usajobs.gov/Search/Results?a=DJ03)
Application Process (/jobs/application_process.jsp)
Our Hiring Process (/jobs/hiring_process.jsp)

**Business (/business/)**
Acquisitions (/business/acquisitions.jsp)
Solicitations & Awards (/business/solicitations.jsp)
Reentry Contracting (business/rrc_contracting.jsp)

**Resources (/resources/)**
Policy & Forms (/resources/policy_and_forms.jsp)
News Stories (/resources/news_stories.jsp)
Press Releases (/resources/press_releases.jsp)
Publications (/resources/publications.jsp)
Research & Reports (/resources/research_and_reports.jsp)

**Resources For ... (/resources/)**
Victims & Witnesses (/resources/victim_resources.jsp)
Employees (/resources/employee_resources.jsp)
Volunteers (/jobs/volunteer.jsp)
Former Inmates (/resources/former_inmate_resources.jsp)
Media Reps (/resources/media_resources.jsp)