IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SAMUEL LAZAR,<br><br>        Defendant. | Case No: 21-cr-525-ABJ |

**[PROPOSED] ORDER**

Upon consideration of the renewed motion by the Press Coalition to unseal, any opposition(s) thereto, and the entire record herein, it is hereby ORDERED that:

1. The Press Coalition's renewed motion to unseal is GRANTED; and

2. Within 5 days of this Order, the Clerk shall unseal and place on the public docket copies of all currently sealed filings in this matter.

**SO ORDERED.**

                                                            HON. AMY BERMAN JACKSON
                                                            United States District Judge