# Exhibit B

CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:21-cr-00525-ABJ-1

Case title: USA v. LAZAR

Date Filed: 08/18/2021

Magistrate judge case number: 1:21-mj-00533-ZMF

Assigned to: Judge Amy Berman Jackson

**Defendant (1)**

SAMUEL LAZAR    represented by    **Alain J. Ifrah**
IFRAH, PLLC
1717 Pennsylvania Avenue, NW
Suite 650
Washington, DC 20006
(202) 524-4142
Fax: (202) 524-4141
Email: jeff@ifrahlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**David Barry Benowitz**
PRICE BENOWITZ LLP
409 Seventh Street, NW
Suite 200
Washington, DC 20004
(202) 417-6000
Fax: (202) 664-1331
Email: david@pricebenowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Hope C. Lefeber**
HOPE C. LEFEBER, llc
Two Penn Center
1500 JFK Boulevard
Suite 1205
Philadelphia, PA 19102
(610) 668-7927
Email: hope@hopelefeber.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Hac Vice*

**Matthew Wilson**
PRICE BENOWITZ LLP
409 Seventh Street, NW
Suite 200
Washington, DC 20004
(202) 417-6000
Fax: (202) 664-1331
Email: mwilson@pricebenowitz.com
*TERMINATED: 12/16/2021*
*Designation: Retained*

**Rammy George Barbari**
PRICE BENOWITZ
409 7th St. NW
Suite 100
Washington DC, DC 20004
(202) 417-6000
Fax: (202) 664-1331
Email: rammy@pricebenowitz.com
*TERMINATED: 12/16/2021*
*Designation: Retained*

**Pending Counts**

18:111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting or Impeding Certain Officers
Using a Dangerous Weapon
(1)

18:111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting or Impeding Certain Officers
Using a Dangerous Weapon
(1s)

18:231(a)(3); CIVIL DISORDER; Civil
Disorder
(2)

18:231(a)(3); CIVIL DISORDER; Civil
Disorder
(2s)

18:1752(a)(1) and (b)(1)(A); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Entering and Remaining in a Restricted
Building or Grounds with a Deadly or
Dangerous Weapon
(3)

18:1752(a)(1) and (b)(1)(A); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Entering and Remaining in a Restricted

**Disposition**

Building or Grounds with a Deadly or Dangerous Weapon
(3s)

18:1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds Using a Deadly or Dangerous Weapon
(4)

18:1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds Using a Deadly or Dangerous Weapon
(4s)

40:5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Capitol Grounds or Building
(5)

40:5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Capitol Grounds or Buildings
(5s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                             **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                    **Disposition**

COMPLAINT in Violation of 18:111(a)and (b); 18:231(a)(3), and 18:1752(a)(1) and (4)

---

**Interested Party**

**PRESS COALITION**                represented by    **Charles D. Tobin**
                                                    BALLARD SPAHR LLP
                                                    1909 K Street, NW
                                                    12th Floor
                                                    Washington, DC 20006
                                                    202-661-2218
                                                    Fax: 202-661-2299

|  | Email: tobinc@ballardspahr.com |
|---|---|
|  | *LEAD ATTORNEY* |
|  | *ATTORNEY TO BE NOTICED* |
|  | *Designation: Retained* |

**Plaintiff**

| **USA** | represented by | **Ashley Akers** |
|---|---|---|
|  |  | DOJ-CIV |
|  |  | Commercial Litigation Branch |
|  |  | 1100 L Street Northwest |
|  |  | Washington, DC 20530 |
|  |  | (202) 353-0521 |
|  |  | Email: ashley.akers@usdoj.gov |
|  |  | *LEAD ATTORNEY* |
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | *Designation: Assistant U.S. Attorney* |
|  |  | **Douglas Collyer** |
|  |  | DOJ-USAO |
|  |  | Gateway Building |
|  |  | 14 Durkee Street |
|  |  | Room 340 |
|  |  | Plattsburgh, NY 12901 |
|  |  | (518) 314-7818 |
|  |  | Email: douglas.collyer@usdoj.gov |
|  |  | *LEAD ATTORNEY* |
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | *Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2021 | 1 | SEALED COMPLAINT as to SAMUEL LAZAR (1). (Attachments: # 1 Statement of Facts) (bb) [1:21-mj-00533-ZMF] (Entered: 07/22/2021) |
| 07/21/2021 | 3 | MOTION to Seal Case by USA as to SAMUEL LAZAR. (Attachments: # 1 Text of Proposed Order)(bb) [1:21-mj-00533-ZMF] (Entered: 07/22/2021) |
| 07/21/2021 | 4 | ORDER granting 3 Motion to Seal Case as to SAMUEL LAZAR (1). Signed by Magistrate Judge Zia M. Faruqui on 7/21/2021. (bb) [1:21-mj-00533-ZMF] (Entered: 07/22/2021) |
| 07/21/2021 | 5 | Arrest Warrant Returned Executed on 7/21/2021 in Ephrata, PA as to SAMUEL LAZAR. (bb) [1:21-mj-00533-ZMF] (Entered: 07/27/2021) |
| 07/21/2021 |  | Arrest of SAMUEL LAZAR in Pennsylvania. (bb) [1:21-mj-00533-ZMF] (Entered: 07/27/2021) |
| 07/21/2021 |  | Case unsealed as to SAMUEL LAZAR (bb) [1:21-mj-00533-ZMF] (Entered: 07/27/2021) |
| 08/05/2021 |  | MINUTE ORDER as to Defendant SAMUEL LAZAR : It is hereby ORDERED that Defendant SAMUEL LAZAR appear for an initial appearance and detention hearing on Friday, August 6, 2021 at 2:30 p.m. before Magistrate Judge Robin M. Meriweather. The hearing will be conducted by video teleconference; call-in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to |

| | | |
|---|---|---|
| | | Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202-354-3083; So Ordered by Magistrate Judge Robin M. Meriweather on 8/5/2021. (kk) [1:21-mj-00533-ZMF] (Entered: 08/05/2021) |
| 08/05/2021 | 6 | MEMORANDUM in Support of Pretrial Detention by USA as to SAMUEL LAZAR (Collyer, Douglas) [1:21-mj-00533-ZMF] (Entered: 08/05/2021) |
| 08/06/2021 | | MINUTE ORDER as to SAMUEL LAZAR (1). The Court has been advised that the government intends to submit video exhibits to the Court during SAMUEL LAZAR's detention hearing. It is hereby ORDERED that the government comply with LCrR 49(e)(1) and promptly submit a notice of filing regarding video evidence, which notice shall (a) describe the length of the video exhibits and (b) identify the relevant date and time stamps, if any, on the video exhibits. See LCrR 49(e)(1) ("Any document, exhibit, or attachment... that... is not in a format that readily permits electronic filing... must be identified in a Notice of Filing filed with the Court."); see Standing Order No. 21-28 (BAH), In re: Media Access to Video Exhibits in Pretrial Hearings During the COVID-19 Pandemic, D. In addition, at the Detention Hearing set for today, August 6, 2021, the parties shall be prepared to advise the Court of their respective positions on whether any video exhibits may be made public, and the grounds for any objection to publicly disclosing the video exhibits. Signed by Magistrate Judge Robin M. Meriweather on 8/6/2021. (zpt) [1:21-mj-00533-ZMF] (Entered: 08/06/2021) |
| 08/06/2021 | 7 | NOTICE *OF FILING EXHIBITS in support of oral motion for pretrial detention* by USA as to SAMUEL LAZAR (Collyer, Douglas) Modified text on 8/9/2021 (znmw). [1:21-mj-00533-ZMF] (Entered: 08/06/2021) |
| 08/06/2021 | 8 | ENTERED IN ERROR.....NOTICE OF ATTORNEY APPEARANCE: David Barry Benowitz appearing for SAMUEL LAZAR (Benowitz, David) Modified on 8/6/2021 (bb). [1:21-mj-00533-ZMF] (Entered: 08/06/2021) |
| 08/06/2021 | 9 | NOTICE OF ATTORNEY APPEARANCE: David Barry Benowitz appearing for SAMUEL LAZAR (Benowitz, David) [1:21-mj-00533-ZMF] (Entered: 08/06/2021) |
| 08/06/2021 | | MINUTE ORDER as to SAMUEL LAZAR. The Court has been advised that the government intends to submit video exhibits to the Court during SAMUEL LAZARs detention hearing. It is hereby ORDERED that the government comply with LCrR 49(e)(1) and promptly submit a notice of filing regarding video evidence, which notice shall (a) describe the length of the video exhibits and (b) identify the relevant date and time stamps, if any, on the video exhibits. See LCrR 49(e)(1) ("Any document, exhibit, or attachment... that... is not in a format that readily permits electronic filing... must be identified in a Notice of Filing filed with the Court."); see Standing Order No. 21-28 (BAH), In re: Media Access to Video Exhibits in Pretrial Hearings During the COVID-19 Pandemic, D. In addition, at the Detention Hearing set for today, August 6, 2021, the parties shall be prepared to advise the Court of their respective positions on whether any video exhibits may be made public, and the grounds for any objection to publicly disclosing the video exhibits. Signed by Magistrate Judge Robin M. Meriweather on August 6, 2021. (ztl) [1:21-mj-00533-ZMF] (Entered: 08/06/2021) |
| 08/06/2021 | 11 | NOTICE *of filing of exhibits pursuant to Rule 49(e)(1)* by USA as to SAMUEL LAZAR (Collyer, Douglas) [1:21-mj-00533-ZMF] (Entered: 08/06/2021) |
| 08/06/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: as to SAMUEL LAZAR re 8 Notice of Attorney Appearance - Defendant was entered in error and counsel was instructed to refile |

| | | |
|---|---|---|
| | | said pleading. This document is missing the signature and the corrected document is filed at DE #9. (bb) [1:21-mj-00533-ZMF] (Entered: 08/06/2021) |
| 08/06/2021 | | ORAL MOTION by USA for Temporary Detention (3-day hold request) of Defendant SAMUEL LAZAR. (kk) [1:21-mj-00533-ZMF] (Entered: 08/11/2021) |
| 08/06/2021 | | Minute Entry for Initial Appearance as to SAMUEL LAZAR held by telephone before Magistrate Judge Robin M. Meriweather on 8/6/2021 : The defendant agrees to appear by telephone for today's hearing. The Court advised the Government of its due process obligations under Rule 5(f). Oral Motion by USA for Temporary Detention (3-day hold request) of the defendant, heard and granted. Detention Hearing set for 8/11/2021 at 2:00 PM by telephonic/VTC before Magistrate Judge Robin M. Meriweather. The Court will enter an order staying transport of the defendant to the District of Columbia. Bond Status of Defendant: Defendant remains held in custody in Pennsylvania. Court Reporter: FTR Gold - Ctrm. 7; FTR Time Frame: 3:01:51 - 3:13:23. Defense Attorney: David Benowitz; DOJ Attorney: Douglas Collyer; Pretrial Officer: John Copes. (kk) Modified on 8/18/2021 (kk). [1:21-mj-00533-ZMF] (Entered: 08/11/2021) |
| 08/10/2021 | 12 | NOTICE *of Filing (Detention Hearing)* by SAMUEL LAZAR (Attachments: # 1 Exhibit Achenbach Letter, # 2 Exhibit Anderson Letter, # 3 Exhibit Courtney Lazar Letter, # 4 Exhibit Esposito Letter, # 5 Exhibit Paolo Esposito Letter, # 6 Exhibit Laurie Gadbois Letter, # 7 Exhibit S Gadbois Letter, # 8 Exhibit Hickey Letter, # 9 Exhibit Krissinger Letter, # 10 Exhibit Mantzavas Letter, # 11 Exhibit McDonald Letter, # 12 Exhibit Meck Letter, # 13 Exhibit Salazar Letter, # 14 Exhibit Vedilago Letter, # 15 Exhibit von Ronn Letter)(Benowitz, David) [1:21-mj-00533-ZMF] (Entered: 08/10/2021) |
| 08/11/2021 | | MINUTE ORDER as to SAMUEL LAZAR (1). At the Detention Hearing set for today, August 11, 2021, the parties shall be prepared to advise the Court of their respective positions on the similarities and differences between this case and United States v. Tanios, 21-cr-0222, and United States v. Khater, 21-cr-0222, and how the D.C. Circuits July 27, 2021 decision in Khater (No. 21-3033) and its August 9, 2021 decision in Tanios (No. 21-3034) affect their arguments regarding pretrial detention. Signed by Magistrate Judge Robin M. Meriweather on 8/11/2021. (zpt) [1:21-mj-00533-ZMF] (Entered: 08/11/2021) |
| 08/11/2021 | 13 | VACATED PURSUANT TO ORDER FILED 09/23/21.....ORDER DELAYING TRANSPORT as to SAMUEL LAZAR (1). Signed by Magistrate Judge Robin M. Meriweather on 8/11/2021. (zpt)[1:21-mj-00533-ZMF] Modified on 9/23/2021 to reflect that this order has been vacated (jth). (Entered: 08/12/2021) |
| 08/11/2021 | | ORAL MOTION by USA to Commit Defendant SAMUEL LAZAR to the Custody of the U.S. Attorney General. (kk) [1:21-mj-00533-ZMF] (Entered: 08/16/2021) |
| 08/11/2021 | | Minute Entry for Detention Hearing as to SAMUEL LAZAR held by telephone before Magistrate Judge Robin M. Meriweather on 8/11/2021 : The defendant is amenable to proceeding by telephone for the detention hearing due to a video connection problem at the jail. Oral Motion by USA to Commit Defendant to the Custody of the U.S. Attorney General. Detention Hearing continued to 8/16/2021 at 1:30 PM by telephone before Magistrate Judge Robin M. Meriweather. Time under the Speedy Trial Act remains tolled pending a ruling on the Government's motion for pretrial detention. Bond Status of Defendant: Defendant remains held in custody in Pennsylvania. Court Reporter: FTR Gold - Ctrm. 7; FTR Time Frames: 2:21:54 - 2:44:48 and 2:59:36 - 3:23:44. Defense Attorneys: David Benowitz, Matthew Wilson and Rammy Barbari; U.S. Attorney: Douglas Collyer; Pretrial Officer: Christine Schuck; Proposed Third-Party Custodian: Autumn Hickey. [Two Government Exhibits admitted into evidence.] (kk) [1:21-mj-00533-ZMF] (Entered: 08/16/2021) |

| | | |
|---|---|---|
| 08/11/2021 | 14 | EXHIBIT LIST by USA as to Defendant SAMUEL LAZAR. (kk) (Main Document 14 replaced on 8/16/2021) (zkk). (Main Document 14 replaced on 8/17/2021) (zkk). [1:21-mj-00533-ZMF] (Entered: 08/16/2021) |
| 08/16/2021 | 15 | Supplement to Oral Motion for Pretrial Detention *supplemental* by USA as to SAMUEL LAZAR (Collyer, Douglas) Modified text on 8/17/2021 (bb). [1:21-mj-00533-ZMF] (Entered: 08/16/2021) |
| 08/16/2021 | | ORAL MOTION by Defendant SAMUEL LAZAR to Continue the Continued Detention Hearing. (kk) Modified on 8/18/2021 (kk). [1:21-mj-00533-ZMF] (Entered: 08/18/2021) |
| 08/16/2021 | | Minute Entry for Status Hearing as to SAMUEL LAZAR held by telephone before Magistrate Judge Robin M. Meriweather on 8/16/2021 : Case called for Continuation of Detention Hearing, but not held. Oral Motion by Defendant to Continue the Continued Detention Hearing to review new material provided by the Government, with no objection by USA, heard and granted. Continuation of Detention Hearing reset for 8/31/2021 at 2:30 PM by telephonic/VTC before Magistrate Judge Robin M. Meriweather. Bond Status of Defendant: Defendant remains held in custody in Pennsylvania. Court Reporter: Lorraine Herman. Defense Attorneys: David Benowitz and Rammy Barbari; DOJ Attorney: Douglas Collyer; Pretrial Officer: Andre Sidbury; Proposed Third-Party Custodian: Autumn Hickey. (kk) [1:21-mj-00533-ZMF] (Entered: 08/18/2021) |
| 08/18/2021 | 16 | INDICTMENT as to SAMUEL LAZAR (1) count(s) 1, 2, 3, 4, 5. (bb) (Entered: 08/19/2021) |
| 08/19/2021 | | Set/Reset Hearings as to Defendant SAMUEL LAZAR : Arraignment and Continuation of Detention Hearing set for 8/31/2021 at 2:30 PM by telephonic/VTC before Magistrate Judge Robin M. Meriweather. (kk) (Entered: 08/19/2021) |
| 08/20/2021 | 18 | Application for Access to Video Exhibits by PRESS COALITION as to SAMUEL LAZAR. (bb) (Entered: 08/20/2021) |
| 08/20/2021 | | MINUTE ORDER as to SAMUEL LAZAR. The parties must submit a notice containing their position on the Application for Access to Video Exhibits 18 by August 27, 2021. SO ORDERED. Signed by Judge Amy Berman Jackson on 8/20/2021. (lcabj1) (Entered: 08/20/2021) |
| 08/25/2021 | 19 | RESPONSE *Regarding Video Exhibit Release* by USA as to SAMUEL LAZAR re 18 MOTION to Access (Collyer, Douglas) Modified event title on 8/30/2021 (znmw). (Entered: 08/25/2021) |
| 08/25/2021 | 20 | MOTION for Order to disclose 6(e) material by USA as to SAMUEL LAZAR. (Collyer, Douglas) (Entered: 08/25/2021) |
| 08/25/2021 | | MINUTE ORDER as to SAMUEL LAZAR. 20 Motion for Order is GRANTED. The government may provide in discovery both sealed materials and materials protected by Federal Rule of Criminal Procedure 6(e). The Court will address the applicability to any co-defendants if and when they are joined. SO ORDERED. Signed by Judge Amy Berman Jackson on 8/25/2021. (lcabj1) (Entered: 08/25/2021) |
| 08/28/2021 | 21 | RESPONSE by SAMUEL LAZAR *RESPONSE TO MINUTE ORDER REGARDING RELEASE OF VIDEO EXHIBITS* re 18 MOTION to Access. (Benowitz, David) Modified event title and link on 8/30/2021 (znmw). (Entered: 08/28/2021) |
| 08/30/2021 | | MINUTE ORDER as to SAMUEL LAZAR. Any reply in support of movants' Application for Access to Video Exhibits must be submitted by September 3, 2021. SO ORDERED. Signed by Judge Amy Berman Jackson on 8/30/2021. (lcabj1) (Entered: 08/30/2021) |

| | | |
|---|---|---|
| 08/30/2021 | 22 | REPLY in Support by PRESS COALITION as to SAMUEL LAZAR re 18 MOTION to Access *Video Exhibits* (Tobin, Charles) (Entered: 08/30/2021) |
| 08/31/2021 | 23 | Unopposed MOTION for Protective Order *with respect to discovery* by USA as to SAMUEL LAZAR. (Collyer, Douglas) (Entered: 08/31/2021) |
| 08/31/2021 | 24 | NOTICE OF ATTORNEY APPEARANCE: Matthew Peter Wilson appearing for SAMUEL LAZAR (Wilson, Matthew) (Entered: 08/31/2021) |
| 08/31/2021 | 25 | NOTICE OF ATTORNEY APPEARANCE: Rammy George Barbari appearing for SAMUEL LAZAR (Barbari, Rammy) (Entered: 08/31/2021) |
| 08/31/2021 | | ORAL MOTION by USA to Exclude Time Under the Speedy Trial Act as to Defendant SAMUEL LAZAR, pending the next hearing date before Judge Amy Berman Jackson. (kk) (Entered: 09/02/2021) |
| 08/31/2021 | | ORAL MOTION by Defendant SAMUEL LAZAR to Remain at His Current Holding Facility Pending an Appeal of the Court's Detention Order. (kk) (Entered: 09/02/2021) |
| 08/31/2021 | | ORAL MOTION by USA to Transfer Defendant SAMUEL LAZAR to the District of Columbia for Further Proceedings. (kk) (Entered: 09/02/2021) |
| 08/31/2021 | | Minute Entry for Continuation of Detention Hearing as to SAMUEL LAZAR held by video before Magistrate Judge Robin M. Meriweather on 8/31/2021 : Case also called for an Arraignment, but not held. The defense was not prepared to go forward with the arraignment today. Government's Oral Motion to Commit Defendant to the Custody of the U.S. Attorney General, granted. Pretrial Detention Ordered. Oral Motion by USA to Exclude Time Under the Speedy Trial Act Pending the Next Hearing Date before Judge Amy Berman Jackson, with no objection by the defense, heard and granted. The Court will exclude the time between 8/31/2021 and 11/1/2021 (60 days) from any calculation under the Speedy Trial Act, in the interest of justice. Oral Motion by Defendant to Remain at His Current Holding Facility Pending an Appeal of the Court's Detention Order. Oral Motion by USA to Transfer Defendant to the District of Columbia for Further Proceedings. The Court will take the matter of whether to lift its order staying the defendant's transport under advisement. Bond Status of Defendant: Defendant Held Without Bond. Defendant currently in custody in a Philadelphia facility. Court Reporter: Lorraine Herman. Defense Attorney: David Benowitz; U.S. Attorney: Douglas Collyer; Pretrial Officer: Da'Shanta' Valentine-Lewis; Proposed Third-Party Custodian: Autumn Hickey. (kk) (Entered: 09/02/2021) |
| 09/01/2021 | | MINUTE ORDER as to SAMUEL LAZAR. 23 Motion for Protective Order is DENIED without prejudice. While the Court is prepared otherwise to approve the proposed Protective Order, it will not sign an order that provides, as in paragraph 4.d., for the filing of documents under seal, without an accompanying motion for leave to file under seal as required by the Local Rules. Any protective order must be in accordance with the presumption against sealed proceedings that applies in this Circuit, and must provide that absent statutory authority, no party shall file such materials under seal without an order from the Court pursuant to Local Rule of Criminal Procedure 49(f)(6)(i). SO ORDERED. Signed by Judge Amy Berman Jackson on 9/1/2021. (lcabj1) (Entered: 09/01/2021) |
| 09/16/2021 | | MINUTE ORDER as to SAMUEL LAZAR: On August 11, 2021, the Court entered an Order 13 directing that the United States Marshals Service keep Defendant SAMUEL LAZAR in his current detention facility to ensure his appearance during a remote detention hearing before the Court and to avoid the potentially unnecessary transport of Mr. Lazar to the District of Columbia. At the conclusion of Defendants detention hearing on August 31, 2021, the Court ordered Defendant held without bond pending trial and took under advisement Defendants oral motion to remain at his current holding facility pending an |

| | | |
|---|---|---|
| | | appeal of the Courts detention order and counsel for the United States oral motion that Defendant be transferred to the local jurisdiction pending further proceedings. See Min. Entry (Aug. 31, 2021). As of the time of this Order, Defendant has not appealed this Courts order of detention. The circumstances giving rise to the August 11, 2021 Order have changed, due to the conclusion of the pretrial detention hearings pending before Magistrate Judge Meriweather. Accordingly, the Court hereby advises the parties that it will vacate the Order 13 staying Defendants transfer to the local jurisdiction, effective September 23, 2021, and hereby DENIES WITHOUT PREJUDICE the Oral Motion By Defendant Samuel Lazar to Remain At His Current Holding Facility Pending an Appeal of the Courts Detention Order and GRANTS the Oral Motion By USA to Transfer Defendant Samuel Lazar to the District of Columbia for Further Proceedings. To afford the defense an opportunity to present a motion seeking a further stay of transport to the presiding district judge, Judge Amy Berman Jackson, before Mr. Lazar is transported, the undersigned will stay the effect of this ruling until September 23, 2021, at which time it will docket an Order vacating the August 11, 2021 Order 13 staying Defendants transfer to the local jurisdiction. SO ORDERED by Magistrate Judge Robin M. Meriweather on 9/16/2021. (ztl) (Entered: 09/16/2021) |
| 09/23/2021 | 26 | ORDER as to Defendant SAMUEL LAZAR : vacating the 8/11/2021 Order staying the defendant's transport to Washington, D.C.; directing that the U.S. Marshals Service may transport the defendant to Washington, D.C. or another appropriate detention facility in the area; signed by Magistrate Judge Robin M. Meriweather on 9/23/2021. (kk) (Entered: 09/23/2021) |
| 09/24/2021 | 27 | MOTION for Reconsideration *Defendant's Motion for Reconsideration of Pretrial Detention and Request to Stay Defendant's Transport to the District of Columbia* by SAMUEL LAZAR. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Exhibit A) (Benowitz, David) Modified event title on 10/5/2021 (znmw). (Entered: 09/24/2021) |
| 09/24/2021 | 28 | ORDER as to SAMUEL LAZAR. The Court, in its discretion, will grant the request for a stay of the transfer under all of the circumstances, and it is hereby ORDERED that the execution of the Order to transfer the defendant be stayed pending this Court's consideration of the motion for release from custody. The government's response to the motion must be filed by October 1, 2021, any reply will be due October 6, and the initial status hearing in this case, arraignment, and hearing on the motion will be conducted by videoconference on October 12, 2021 at 10:00 am. SO ORDERED. Signed by Judge Amy Berman Jackson on 9/24/2021. (lcabj1) (Entered: 09/24/2021) |
| 09/24/2021 | | Set/Reset Hearings as to SAMUEL LAZAR: Defendant's Video (VTC) Arraignment is set for 10/12/2021 at 10:00 AM before Judge Amy Berman Jackson. (jth) (Entered: 09/24/2021) |
| 09/27/2021 | 29 | ORDER OF DETENTION PENDING TRIAL - Defendant SAMUEL LAZAR Held Without Bond; signed by Magistrate Judge Robin M. Meriweather on 9/27/2021. (Attachment: # 1 Supplement to Order) (kk) (Entered: 09/28/2021) |
| 10/01/2021 | 30 | Memorandum in Opposition by USA as to SAMUEL LAZAR re 27 MOTION for Release from Custody *Defendant's Motion for Reconsideration of Pretrial Detention and Request to Stay Defendant's Transport to the District of Columbia* (Collyer, Douglas) (Entered: 10/01/2021) |
| 10/08/2021 | 31 | REPLY in Support by SAMUEL LAZAR re 27 MOTION for Reconsideration *of Pretrial Detention* (Benowitz, David) (Entered: 10/08/2021) |
| 10/12/2021 | 32 | Unopposed MOTION for Protective Order *amended* by USA as to SAMUEL LAZAR. (Collyer, Douglas) (Entered: 10/12/2021) |

| | | |
|---|---|---|
| 10/12/2021 | | MINUTE ORDER as to SAMUEL LAZAR. The government is ORDERED to be prepared at the hearing to play the videos from which Figures 5 through 9 were excerpted and to provide them to the Court's Deputy Clerk (with a copy to the defense if they have no already been provided). Signed by Judge Amy Berman Jackson on 10/12/2021. (lcabj1) (Entered: 10/12/2021) |
| 10/12/2021 | 33 | PROTECTIVE ORDER. See Order for details. Signed by Judge Amy Berman Jackson on 10/12/21. (DMK) (Entered: 10/12/2021) |
| 10/12/2021 | 34 | ORDER as to SAMUEL LAZAR. Pursuant to the Due Process Protections Act, the Court hereby ORDERS that all government counsel who have entered their appearances in this case or who do so in the future must review their disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in the dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, contempt proceedings or sanctions, and/or any other remedy that is just under the circumstances. Signed by Judge Amy Berman Jackson on 10/12/2021. (lcabj1) (Entered: 10/12/2021) |
| 10/12/2021 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Arraignment and Status Conference as to SAMUEL LAZAR as to Counts: 1,2,3,4,5 held on 10/12/2021. Plea of Not Guilty entered as to Counts: 1,2,3,4,5. Motions Hearing held on 10/12/2021 re: Defendant's 27 Motion for Reconsideration of Pretrial Detention as to SAMUEL LAZAR. The 27 Motion was Heard and Taken Under Advisement. The Court will schedule another hearing date to issue a ruling. Bond Status of Defendant: Defendant Remains Committed; Court Reporter: Lisa Edwards; Defense Attorneys: Matthew Peter Wilson, David Barry Benowitz and Rammy George Barbari; US Attorney: Douglas Collyer. (jth) (Entered: 10/12/2021) |
| 10/12/2021 | 35 | EXHIBIT LIST by USA as to SAMUEL LAZAR. (jth) (Entered: 10/12/2021) |
| 10/13/2021 | 36 | NOTICE *of filing of discovery status memos* by USA as to SAMUEL LAZAR (Attachments: # 1 Exhibit Discovery memo: July 12, 2021, # 2 Exhibit Discovery memo: August 23, 2021, # 3 Exhibit Discovery memo: September 14, 2021)(Collyer, Douglas) (Entered: 10/13/2021) |
| 10/13/2021 | | MINUTE ORDER as to SAMUEL LAZAR. In connection with the ongoing detention hearing, the government is hereby ORDERED to make the video described in the last paragraph of page 6 of its original detention memorandum 6 and excerpted in Figure Six, and the video described in the last paragraph of page 9 of the memorandum, excerpted in Figure 10, available to the Court and the defense by close of business today. The material may be transmitted to the Court's Deputy Clerk by email. The government is FURTHER ORDERED to file a supplemental submission by October 14, 2021, specifying the time within each video exhibit (except for Gov't's DH Ex. 2) where each event or statement relied upon by the government can be found. Signed by Judge Amy Berman Jackson on 10/13/2021. (lcabj1) (Entered: 10/13/2021) |
| 10/13/2021 | 37 | NOTICE *of filing of exhibits pursuant to Rule 49(e)(1)* by USA as to SAMUEL LAZAR (Collyer, Douglas) (Entered: 10/13/2021) |
| 10/13/2021 | | MINUTE ORDER as to SAMUEL LAZAR. It is ORDERED that the Continuation of the Detention Hearing is set for 10/18/2021 at 12:00 PM (noon) before Judge Amy Berman Jackson. The Court's Deputy Clerk will provide counsel with the information needed to make the video connection. Signed by Judge Amy Berman Jackson on 10/13/2021. (jth) (Entered: 10/13/2021) |

| Date | Doc # | Description |
|---|---|---|
| 10/14/2021 | 38 | Supplemental MOTION to Access *Video Exhibits* by PRESS COALITION as to SAMUEL LAZAR. (Tobin, Charles) (Entered: 10/14/2021) |
| 10/14/2021 | | MINUTE ORDER as to SAMUEL LAZAR. Any response to the Press Coalition's Supplemental Motion 38 must be filed by October 18, 2021. SO ORDERED. Signed by Judge Amy Berman Jackson on 10/14/2021. (lcabj1) (Entered: 10/14/2021) |
| 10/18/2021 | 39 | RESPONSE by USA as to SAMUEL LAZAR re 38 Supplemental MOTION to Access *Video Exhibits* (Collyer, Douglas) (Entered: 10/18/2021) |
| 10/18/2021 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Motion Hearing as to SAMUEL LAZAR resumed and concluded on 10/18/2021 re: Defendant's 27 Motion for Reconsideration of Pretrial Detention. For the reasons stated on the record during the Video (VTC) Proceeding, Defendant's 27 Motion is DENIED. A written order to transport the defendant to this jurisdiction will be issued by the Court. Video (VTC) Status Conference set for 12/16/2021 at 2:00 PM before Judge Amy Berman Jackson. The Court makes a finding that it is in the Interests of Justice that the time between 10/18/2021 and 12/16/2021 shall be excluded from the Speedy Trial Act calculation (START XT). Bond Status of Defendant: Defendant Remains Committed; Court Reporter: Janice Dickman Defense Attorneys: David Barry Benowitz, Matthew Peter Wilson and Rammy George Barbari; US Attorney: Douglas Collyer. (jth) (Entered: 10/18/2021) |
| 10/18/2021 | 40 | ORDER as to SAMUEL LAZAR. It is ORDERED that the United States Marshals Service transport defendant to Washington, D.C. or another appropriate detention facility in the area. See Order for details. Signed by Judge Amy Berman Jackson on 10/18/2021. (lcabj1) (Entered: 10/18/2021) |
| 10/22/2021 | 41 | MEMORANDUM OPINION AND ORDER as to SAMUEL LAZAR. Both press coalition motions for access, 18 and 38 , are GRANTED. The government is ORDERED to make the six videos promptly available without restrictions by providing access using the "drop box" technical solution described in Standing Order 21-28, In re: Media Access to Video Exhibits in Pretrial Capitol Cases. See Order for details. Signed by Judge Amy Berman Jackson on 10/22/2021. (lcabj1) Modified on 10/22/2021 to reflect that this is a Memorandum Opinion and Order (jth). (Entered: 10/22/2021) |
| 10/25/2021 | 42 | STATUS REPORT *with respect to discovery* by USA as to SAMUEL LAZAR (Collyer, Douglas) (Entered: 10/25/2021) |
| 11/05/2021 | 43 | MOTION for Leave to Appear Pro Hac Vice Hope Lefeber Filing fee $ 100, receipt number ADCDC-8849573. Fee Status: Fee Paid. by SAMUEL LAZAR. (Attachments: # 1 Exhibit Submission Record, # 2 Exhibit Proof of payment)(Ifrah, Alain) (Entered: 11/05/2021) |
| 11/09/2021 | | MINUTE ORDER as to SAMUEL LAZAR (1) granting 43 Motion for Leave of Hope C. Lefeber to Appear Pro Hac Vice only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).** Click for Instructions. Signed by Judge Amy Berman Jackson on 11/9/21. (DMK) (Entered: 11/09/2021) |
| 11/10/2021 | 44 | NOTICE OF ATTORNEY APPEARANCE: Hope C. Lefeber appearing for SAMUEL LAZAR (Lefeber, Hope) (Entered: 11/10/2021) |
| 11/10/2021 | 45 | Unopposed MOTION for Reconsideration re 40 Order, by SAMUEL LAZAR. (Lefeber, Hope) (Entered: 11/10/2021) |

| | | |
|---|---|---|
| 11/11/2021 | 46 | MOTION to Withdraw as Attorney by David Benowitz. by SAMUEL LAZAR. (Attachments: # 1 Text of Proposed Order)(Benowitz, David) (Entered: 11/11/2021) |
| 11/11/2021 | 47 | MOTION to Withdraw as Attorney *for the Defense* by Matthew Wilson. by SAMUEL LAZAR. (Attachments: # 1 Text of Proposed Order)(Wilson, Matthew) (Entered: 11/11/2021) |
| 11/11/2021 | 48 | MOTION to Withdraw as Attorney *for the Defense* by Rammy Barbari. by SAMUEL LAZAR. (Attachments: # 1 Text of Proposed Order)(Barbari, Rammy) (Entered: 11/11/2021) |
| 11/12/2021 | 49 | STATUS REPORT *with respect to discovery* by USA as to SAMUEL LAZAR (Collyer, Douglas) (Entered: 11/12/2021) |
| 11/15/2021 | | MINUTE ORDER as to SAMUEL LAZAR. 45 Motion for Reconsideration is DENIED given the absence of any arrangement that would provide for the detention of defendants with cases pending in this court in facilities other than those designated by the U.S. Marshal for the District of Columbia. The Order 40 of October 18 remains in effect, and the Court notes that it was issued more than three weeks before counsel entered her appearance, at a time when the defendant was represented by counsel in the District of Columbia. Also, while the report of the inspection of the D.C. jail by the U.S. Marshals Service gives rise to serious concerns, it does not bear on this defendant's detention at this time. There are several facilities where the defendants charged with offenses related to the events of January 6, 2021 have been and can be housed, including a federal facility in Lewisburg, Pennsylvania, and one of the two facilities operated by the D.C. Department of Corrections, the Central Treatment Facility (CTF). The press release cited in the defendant's motion specifically noted: "The U.S. Marshals inspection of CTF did not identify conditions that would necessitate the transfer of inmates from that facility at this time." SO ORDERED. Signed by Judge Amy Berman Jackson on 11/15/2021. (lcabj1) (Entered: 11/15/2021) |
| 11/22/2021 | | MINUTE ORDER as to SAMUEL LAZAR. The Court is deferring ruling on the motions to withdraw until it is clear that defendant's new representation comports with LCrR 44.1(c) ("An attorney who is a member in good standing of the bar of any United States Court or of the highest court of any State, but who is not a member of the Bar of this Court, may file papers in this Court only if such attorney joins of record a member in good standing of the Bar of this Court."). See also Rule 44.1(b). Signed by Judge Amy Berman Jackson on 11/22/2021. (lcabj1) (Entered: 11/22/2021) |
| 12/16/2021 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Status Conference as to SAMUEL LAZAR held on 12/16/2021. Another Video (VTC) Status Conference is set for 2/9/2022 at 9:30 AM before Judge Amy Berman Jackson. If the parties would like for the proceeding on 2/9/2022 to be in person rather than by Video (VTC), they must notify the Court's Deputy Clerk by 2/1/2022. If the proceeding on 2/9/2022 is to be converted to a disposition, the parties must email the paperwork, including any necessary waivers, to the Court's Deputy Clerk by 2/7/2022. The Court makes a finding that it is in the Interests of Justice that the time between 12/16/2021 and 2/9/2022 shall be excluded from the Speedy Trial Act calculation (START XT). Bond Status of Defendant: Defendant Remains Committed; Court Reporter: Janice Dickman; Defense Attorneys: David Barry Benowitz and Hope C. Lefeber; US Attorney: Douglas Collyer. (jth) (Entered: 12/16/2021) |
| 12/16/2021 | | MINUTE ORDER as to SAMUEL LAZAR. As discussed on the record in open Court at the Status Conference held this date, the 47 48 Motions to Withdraw as Attorney for the Defendant of Attorneys Mathew Wilson and Rammy Barbari are GRANTED. The 46 Motion to Withdraw as Attorney for the Defendant of Attorney David Benowitz is |

| | | |
|---|---|---|
| | | DENIED as MOOT. The Clerk is directed to note the docket accordingly. Signed by Judge Amy Berman Jackson on 12/16/2021. (jth) (Entered: 12/16/2021) |
| 12/22/2021 | | MINUTE ORDER as to SAMUEL LAZAR. Due to the Scheduling capability at Defendant's Facility, the Video (VTC) Status Conference in this case is reset for 2/9/2022 (same date) at 2:00 PM (new starting time) before Judge Amy Berman Jackson. Signed by Judge Amy Berman Jackson on 12/22/2021. (jth) (Entered: 12/22/2021) |
| 01/26/2022 | 50 | SUPERSEDING INDICTMENT as to SAMUEL LAZAR (1) count(s) 1s, 2s, 3s, 4s, 5s. (bb) (Entered: 01/26/2022) |
| 02/01/2022 | | MINUTE ORDER as to SAMUEL LAZAR. It is ORDERED that the Defendant will be arraigned on the 50 Superseding Indictment during the Video (VTC) Status Conference set for 2/9/2022 at 2:00 PM before Judge Amy Berman Jackson. Signed by Judge Amy Berman Jackson on 2/1/2022. (jth) (Entered: 02/01/2022) |
| 02/09/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Arraignment and Status Conference as to SAMUEL LAZAR as to Counts: 1s,2s,3s,4s,5s held on 2/9/2022. Plea of Not Guilty entered by SAMUEL LAZAR as to Counts 1s,2s,3s,4s,5s. Another Video (VTC) Status Conference is set for 3/8/2022 at 4:00 PM before Judge Amy Berman Jackson. The Court makes a finding that it is in the Interests of Justice that the time between 2/9/2022 and 3/8/2022 shall be excluded from the Speedy Trial Act calculation (START XT). Bond Status of Defendant: Defendant Remains Committed; Court Reporter: Cathryn Jones; Defense Attorneys: David Barry Benowitz, Hope C. Lefeber and Rammy George Barbari; US Attorney: Douglas Collyer. (jth) (Entered: 02/09/2022) |
| 02/15/2022 | 52 | STATUS REPORT *with respect to discovery* by USA as to SAMUEL LAZAR (Collyer, Douglas) (Entered: 02/15/2022) |
| 03/07/2022 | 53 | Joint MOTION to Continue *status conference and toll speedy trial* by USA as to SAMUEL LAZAR. (Attachments: # 1 Text of Proposed Order)(Collyer, Douglas) (Entered: 03/07/2022) |
| 03/07/2022 | | MINUTE ORDER as to SAMUEL LAZAR. Upon consideration of the 53 Joint Motion to Continue Status Conference containing a request for the Exclusion of Time Under the Speedy Trial Act, it is ORDERED that the 53 Motion is GRANTED. The Video (VTC) Status Conference presently set for 3/8/2022 at 4:00 PM is VACATED and RESET as a Video (VTC) Status Conference on 6/15/2022 at 9:30 AM before Judge Amy Berman Jackson. It is further ORDERED that the Court makes a finding that it is in the Interests of Justice that the time between 3/7/2022 and 6/15/2022 shall be excluded from the Speedy Trial Act calculation (START XT). Signed by Judge Amy Berman Jackson on 3/7/2022. (jth) (Entered: 03/07/2022) |
| 03/07/2022 | 54 | JOINT STATUS REPORT by USA as to SAMUEL LAZAR. (See docket entry 53 to view document.) (zltp) (Entered: 03/09/2022) |
| 03/07/2022 | 55 | MOTION to Exclude Time under the Speedy Trial Act by USA as to SAMUEL LAZAR. (See docket entry 53 to view document.) (zltp) (Entered: 03/09/2022) |
| 06/13/2022 | | MINUTE ORDER as to SAMUEL LAZAR. Due to the unavailability of the defendant's facility to hold Video proceedings on 6/15/2022, it is ORDERED that the Video (VTC) Status Conference presently set for 6/15/2022 at 9:30 AM before Judge Amy Berman Jackson is VACATED and will be reset for a date and time to be determined. Counsel are directed to confer and then contact the Court's Deputy Clerk to propose mutually agreeable dates to reschedule this matter. Signed by Judge Amy Berman Jackson on 6/13/2022. (jth) (Entered: 06/13/2022) |

| | | |
|---|---|---|
| 03/09/2023 | 56 | NOTICE OF ATTORNEY APPEARANCE Ashley Akers appearing for USA. (Akers, Ashley) (Entered: 03/09/2023) |
| 04/20/2023 | 57 | MOTION to Access *sealed judicial records* by PRESS COALITION as to SAMUEL LAZAR. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Tobin, Charles) (Entered: 04/20/2023) |
| 05/09/2023 | 58 | Memorandum in Opposition by USA as to SAMUEL LAZAR re 57 Motion to Access (Collyer, Douglas) (Entered: 05/09/2023) |
| 05/15/2023 | 60 | REPLY in Support by PRESS COALITION as to SAMUEL LAZAR re 57 MOTION to Access *sealed judicial records* (Attachments: # 1 Exhibit A - BOP inmate search results) (Tobin, Charles) (Entered: 05/15/2023) |
| 05/19/2023 | 61 | ORDER denying 57 Motion to Access as to SAMUEL LAZAR. The parties are directed to file a status report setting forth their position or positions on this matter by September 29, 2023. See Order for further details. Signed by Judge Amy Berman Jackson on 5/19/2023. (lcabj1) (Entered: 05/19/2023) |
| 09/29/2023 | 62 | MOTION to Unseal re 57 MOTION to Access *sealed judicial records* by PRESS COALITION as to SAMUEL LAZAR. (Attachments: # 1 Text of Proposed Order)(Tobin, Charles) (Entered: 09/29/2023) |
| 10/04/2023 | | MINUTE ORDER granting 62 Motion to Unseal as to SAMUEL LAZAR. Sealed judicial records in 21-cr-525, if any, as well as the record in 22-cr-71, will be unsealed no earlier than November 3, 2023; the parties will have the opportunity to identify any material they would seek to have redacted from the public docket in either case and provide redacted copies by November 2, 2023. The unsealing order does not apply to material that would have been sealed in any criminal case, such as the Presentence Investigation Report and Final Recommendation of the U.S. Probation Office. SO ORDERED. Signed by Judge Amy Berman Jackson on 10/4/2023. (lcabj1) (Entered: 10/04/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/22/2023 08:50:31 | | | |
| **PACER Login:** | Ballardric | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cr-00525-ABJ |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |