# Exhibit C

**Query**    **Reports**    **Utilities**    **Help**    **Log Out**

# Query

**WARNING: Search results from this screen are NOT subject to the 30 page limit on PACER charges. Please be as specific as possible with your search criteria.**

| Search Clues | | | Mobile Query |
|---|---|---|---|
| Case Number | 22-cr-71 | SEALED v. SEALED; Case is not available to the public. | |

**or search by**

| | | |
|---|---|---|
| Case Status: | ○ Open    ○ Closed    ○ All | |
| Filed Date | [____] to [____] | |
| Last Entry Date | [____] to [____] | |
| Nature of Suit | 0 (zero)<br>110 (Insurance)<br>120 (Contract: Marine) | |
| Cause of Action | 0 (No cause code entered)<br>01D2439 (01DCC2439 WMATA (court jurisdiction) )<br>02:0138 (2:138 Library of Congress Access ) | |
| Last/Business Name | [____] | ☐ Exact matches only |
| First Name | [____] | Middle Name [____] |
| Type | [▼] | Prisoner ID [____] |

[Run Query] [Clear]