| | |
|---|---|
| **From:** | Collyer, Douglas (USADC) |
| **To:** | dcd_cmecf_cr |
| **Cc:** | Hope C. Lefeber; Laurence Pierre-Louis |
| **Subject:** | FW: Activity in Case 1:21-cr-00525-ABJ USA v. LAZAR Order on Motion for Miscellaneous Relief- **redacted documents for unsealing** |
| **Date:** | Wednesday, November 1, 2023 10:10:00 AM |
| **Attachments:** | Defense Sent Memo Exhibit A Lazar_Redacted.pdf |
| | Defense Sent Memo EXHIBIT B Lazar.pdf |
| | Defense Sentencing Memo Lazar_Redacted.pdf |
| | Lazar, Samuel- motion to continue sentencing 1_redacted.pdf |
| | Lazar, Samuel- motion to continue sentencing 2_redacted.pdf |
| | Lazar, Samuel- motion to continue sentencing 3_redacted.pdf |
| | Lazar, Samuel- motion to continue sentencing 4_redacted.pdf |
| | Lazar, Samuel- Motion to Seal Information_redacted.pdf |
| | Lazar, Samuel- Order to Seal Information_redacted.pdf |
| | Lazar, Samuel- Plea Agreement Felony Letter fully executed_redacted.pdf |
| | Lazar, Samuel- sentencing clarification filing_redacted.pdf |
| | Lazar, Samuel- sentencing memo_redacted.pdf |
| | Lazar, Samuel- Sept 29 status update_redacted.pdf |
| | Lazar, Samuel- Statement of Offense amended fully executed.pdf |

Good morning,

Pursuant to the Court's order below, attached please find redacted documents from case 21-cr-525 (ABJ) and sealed case 22-cr-71 (ABJ). The attached redacted documents are for public filing once 22-cr-71 is unsealed. The attachments are from both the government and defense. ████████████████████████████████████████████████████████████████████████████████████████████

Please advise if you need anything further. Thank you!

Doug


Douglas G. Collyer
Assistant U.S. Attorney
Northern District of New York
14 Durkee Street, Suite 340
Plattsburgh, New York 12901
(518) 314-7800
Douglas.Collyer@usdoj.gov


**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Wednesday, October 4, 2023 11:05 AM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:21-cr-00525-ABJ USA v. LAZAR Order on Motion for Miscellaneous Relief

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy**

**permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 10/4/2023 at 11:04 AM and filed on 10/4/2023

**Case Name:**         USA v. LAZAR
**Case Number:**       1:21-cr-00525-ABJ
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER granting [62] Motion to Unseal as to SAMUEL LAZAR. Sealed judicial records in 21-cr-525, if any, as well as the record in 22-cr-71, will be unsealed no earlier than November 3, 2023; the parties will have the opportunity to identify any material they would seek to have redacted from the public docket in either case and provide redacted copies by November 2, 2023. The unsealing order does not apply to material that would have been sealed in any criminal case, such as the Presentence Investigation Report and Final Recommendation of the U.S. Probation Office. SO ORDERED. Signed by Judge Amy Berman Jackson on 10/4/2023. (lcabj1)**

**1:21-cr-00525-ABJ-1 Notice has been electronically mailed to:**

Charles D. Tobin      tobinc@ballardspahr.com, LitDocket_East@ballardspahr.com, mendezc@ballardspahr.com, mishkinm@ballardspahr.com

David Barry Benowitz      david@pricebenowitz.com, brec@pricebenowitz.com, rammy@pricebenowitz.com, wwatson@pricebenowitz.com

Alain J. Ifrah      jeff@ifrahlaw.com, docketing@ifrahlaw.com, jgrubman@ifrahlaw.com

Douglas Collyer      douglas.collyer@usdoj.gov, USADC.ECFCSS@usdoj.gov

Hope C. Lefeber      hope@hopelefeber.com

Ashley Akers      ashley.akers@usdoj.gov, USADC.ECFCSS@usdoj.gov

**1:21-cr-00525-ABJ-1 Notice will be delivered by other means to::**