UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**    : | |
| : | |
| : | |
| **v.**    : | **Case No. 21-cr-525 (ABJ)** |
| : | |
| **SAMUEL LAZAR,**    : | |
| : | |
| **Defendant.**    : | |

## MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to dismiss the Superseding Indictment in case 21-cr-525 (ABJ). In support of the Motion, the government represents:

1. On March 8, 2022, as part of a plea agreement, Defendant waived indictment and plead guilty to a Superseding Information charging Assaulting, Resisting, or Impeding Certain Officers as a Felony and Aiding and Abetting, in violation of 18 U.S.C. §§ 111(a) and (b) and 2 in Case No. 22-cr-071.

2. On March 17, 2023, the Court sentenced Defendant, principally, to 30 months incarceration in Case No. 22-cr-071.

3. Pursuant to the plea agreement in Case No. 22-cr-071, the government moves to dismiss the Superseding Indictment in Case No. 21-cr-525.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:    /s/
Douglas G. Collyer
Assistant United States Attorney
Capitol Riot Detailee
NDNY Bar No.: 519096
14 Durkee Street, Suite 340
Plattsburgh, NY 12901
(518) 314-7800
Douglas.Collyer@usdoj.gov